Same case below, 584 F.3d 1147.

No. 09-1143. Lee O. Wilson, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections, et al.

562 U.S. 828, 131 S. Ct. 71, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6481.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 837.

No. 09-1177. Donnell McCloud, Petitioner v. United States.

562 U.S. 828, 131 S. Ct. 72, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6192.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 590 F.3d 560.

No. 09-1178. Jeremy Smith, Petitioner v. Florida.

562 U.S. 828, 131 S. Ct. 72, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6201.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 22 So. 3d 544.

No. 09-1184. Michael Stratechuk, Individually and on Behalf of His Minor Children, Petitioner v. Board of Education, South Orange-Maplewood School District, et al.

562 U.S. 828, 131 S. Ct. 72, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6598.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 587 F.3d 597.

No. 09-1192. Thomas Wilner, et al., Petitioners v. National Security Agency, et al.

562 U.S. 828, 131 S. Ct. 387, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6407.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 592 F.3d 60.

No. 09-1195. Melissa Harman, et al., Petitioners v. Brent Pollock, et al.

562 U.S. 828, 131 S. Ct. 73, 178 L. Ed. 2d 24, 2010 U.S. LEXIS 6265.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 586 F.3d 1254.